Talley-Baines v. Verizon, Civil Action No. 2:16-cv-09341



**REED SMITH LLP**
*Formed in the State of Delaware*
John T. McDonald, Esq.
Melissa M. Ferrara, Esq.
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
Tel. (609) 987-0050
Fax. (609) 951-0824
Attorneys for Defendant Verizon New Jersey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TIFFANIE TALLEY-BAINES,** <br><br> Plaintiff, <br><br> v. <br><br> **VERIZON NEW JERSEY INC.,** <br><br> Defendant. | **DOCUMENT ELECTRONICALLY FILED** <br><br> CIVIL ACTION NO. 2:16-cv-09341-ES-SCM <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the attorneys for Plaintiff Tiffanie Talley-Baines, and the attorneys for Defendant Verizon New Jersey Inc. that Plaintiff's Complaint is hereby dismissed with prejudice and without costs to either party.

SIDNEY L. GOLD & ASSOCIATES, P.C.      REED SMITH LLP
Attorneys for Plaintiff                Attorneys for Defendant Verizon New Jersey Inc.

_____              _____
Neelima Vanguri, Esq.                  John T. McDonald, Esq.
Dated:                                 Dated: 6/20/17

*So Ordered.*
*[signature], USDJ*
*6/21/17*